**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JOYCE PULLY AND JOHN PULLY**                                     **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO. 3:05cv446-WHB-AGN**

**WAL-MART STORES, INC. D/B/A SAM'S CLUB;
TRAVIS MALONE, PEABO RODRIGUEZ AND JOHN DOES 1-10**      **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiffs Joyce Pully and John Pully, through their attorney, for entry of an Order of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants joined in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this, the 1st day of November, 2006.

                                                                s/William H. Barbour, Jr.
                                                                UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

s/ E. Charlene Stimley-Priester
E. Charlene Stimley-Priester
Attorney for Plaintiffs


s/ D. Stephen Brouillette, Jr.
D. Stephen Brouillette, Jr.
Attorney for Defendants